## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-00296-DSC

| | | |
|---|---|---|
| **DORIS KNOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **RUBY TUESDAY INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on "Defendant's Motion to Compel" (document # 12), "Memorandum … In Support …" (document #13) and "Partial Withdrawal of Its Motion to Compel…" (document #16).  Plaintiff has not responded to the Motion and the time for filing a response has expired.

Following partial withdrawal of the Motion, Defendant seeks an order compelling Plaintiff to respond to Interrogatories 8, 9, 15, 16, 17, and 19, and Requests for Production A, C, D, L, M, R, S, T, and U.  Defendant states that Interrogatory 15 and Request for Production L are withdrawn only as to Plaintiff's award of short-term disability benefits.

**NOW THEREFORE IT IS ORDERED that:**

1. "Defendant's Motion to Compel" (document # 12) is **GRANTED IN PART**.  <u>Within fifteen days of entry of this Order, Plaintiff shall file complete supplemental responses without objection to Interrogatories 8, 9, 15, 16, 17, and 19, and Requests for Production A, C, D, L, M, R, S, T, and U.   Responses to Interrogatory 15 and Request for Production L need not address Plaintiff's award of short-term disability benefits.</u>

2.   The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: March 5, 2020

David S. Cayer
United States Magistrate Judge