**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00296-DSC**

| | | |
|---|---|---|
| **DORIS KNOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **RUBY TUESDAY INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court following the filing of Defendant's "Affidavit of Costs by Christopher A. Page" (document #27).

On September 9, 2020, the Court granted in part Defendant's Motion for Sanctions (document #19) and Defendant's Partial Withdrawal of Its Motion for Sanctions (document #25). See "Order" (document #26) (also ordering Defendant to file an affidavit of its reasonable attorneys' fees and costs incurred in making these Motions).

On September 16, 2020, Defendant filed its Affidavit. Having carefully considered the Affidavit, the record, and authorities, the Court finds that Defendant has incurred $2,283 in reasonable attorneys' fees and costs in making these Motions.

IT IS THEREFORE ORDERED that Plaintiff and Plaintiff's counsel are jointly liable for and shall pay to Defendant within thirty days of entry of this Order the amount of $2,283, representing Defendant's reasonable attorneys' fees and costs incurred in making its Motion to Compel.

**SO ORDERED**.

Signed: September 22, 2020

David S. Cayer
United States Magistrate Judge